IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AMIT K. BANSAL | § | CASE NO. 20-34292 |
| | § | CHAPTER 7 |
| *DEBTOR* | § | |

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that J. Scott Douglass, Attorney at Law, on behalf of J. Scott Douglass as an "Interested Party", hereby submits this Notice of Appearance in the above captioned proceeding and requests notice of all hearings and conferences herein and makes a demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and §1109(b) of the Bankruptcy Code. All notices given or required to be given in this jointly administered case shall be given to and served at the following address:

> J. Scott Douglass
> Attorney at Law
> 1811 Bering Dr., Suite 420
> Houston, Texas 77057
> 713-227-7492
> 713-227-7497 (facsimile)
> jsd@aol.com (email)

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and section of the Bankruptcy Code specified above, but also includes, without limitation, the answer to the involuntary petition, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand,

- 2 -

hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that the Claimant intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (i) the right of the Claimant to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right of the Claimant to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (iii) the right of the Claimant to have the United States District Court withdraw the reference in any matter subject to the mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Claimant is or may be entitled under agreements, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of the Claimant.

Dated: November 12, 2020

Respectfully submitted,

By: _____
**J. SCOTT DOUGLASS**
State Bar No. 06049450
Federal Bar No. 9073
1811 Bering Dr., Suite 420
Houston, Texas  77057
713-227-7492
713-227-7497 (facsimile)
Email: *jsd@aol.com*

- 3 -

## CERTIFICATE OF SERVICE

Counsel certifies that a true and correct copy of the foregoing has been forwarded to all counsel via the electronic filing system of the United States Bankruptcy Court for the Southern District of Texas, Houston Division, on the _12th_ day of November, 2020.

_____
J. Scott Douglass