IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-34292 |
| AMIT K. BANSAL | § | |
| | § | CHAPTER 7 |
| Debtor | § | |

## DECLARATION OF JOHN D. BAUMGARTNER

I, John D. Baumgartner, do hereby state under penalty of perjury:

1. I am employed by Grant Thornton LLP ("Grant Thornton") as a Managing Director in the Strategy and Transactions Advisory practice. My office is located at 700 Milam Street, Suite 300, Houston, Texas 77002. I specialize in providing corporate restructuring and financial advisory services to financially troubled organizations and related parties.

2. Grant Thornton is the United States member firm of Grant Thornton International, Ltd., a global audit, tax, advisory and consulting organization. Grant Thornton is a firm of independent public accountants as defined under the Code of Professional Conduct of the American Institute of Certified Public Accountants and Consultants.

3. Grant Thornton conducted a relationship check and to the best of my knowledge, Grant Thornton represents no interest adverse to the estate in the matters upon which Grant Thornton has been engaged. The parties included in the relationship check are shown in **Exhibit A.** Those parties with whom Grant Thornton has a connection or relationship are shown on **Exhibit B.**

4. To the best of my knowledge, and based on the results of the relationship search described above, Grant Thornton is a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code (as supplemented by Section 1107(b) of the Bankruptcy Code), in that,

except as otherwise set forth herein, Grant Thornton and its professionals:

   a. are not creditors, equity security holders, or insiders of the chapter 7 trustee or the estate;

   b. do not have an interest materially adverse to the interest of the estate or of any class of creditors, by reason of any direct or indirect relationship to, connection with, or interest in, the estate, or for any other reason.

5. Except as set forth below and to the best of its knowledge, Grant Thornton has no other connections with the estate, its creditors, any other parties-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee:

   a. I was previously retained as debtor's financial advisor on an unrelated matter in which Miriam Groot served as the debtor's counsel.

   b. If Grant Thornton or I learn of a conflict or connection in the future, Grant Thornton will disclose such conflict or connection to the Court.

6. In addition, as part of its diverse practice, Grant Thornton appears in numerous cases and court proceedings and participates in transactions that involve many different professionals, including attorneys, accountants, investment banks, and financial consultants who may represent claimants and parties in interest in this Chapter 7 case.  Further, Grant Thornton has performed in the past, and may perform in the future, advisory and consulting services for various attorneys and law firms and has been represented by various attorneys and law firms, some of whom may be involved in these proceedings.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships creates an interest materially adverse to the Trustee or the Debtor in matters upon which Grant

Thornton is to be employed, and none are in connection with the Trustee, the Debtor, or this case. To date, Grant Thornton has not received any funds from the Debtor, the estate or the Trustee in connection with the proposed engagement.

7. Grant Thornton has not promised, either directly or indirectly to share any compensation with any other person, other than directors or employees of Grant Thornton, for the services rendered or to be rendered in connection with this bankruptcy case.

    I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct and that this declaration was executed in Houston, Texas on August 2, 2021.

Grant Thornton, LLP

_____
John Baumgartner

**Exhibit A**

| Entity/Individual Name | Country |
|---|---|
| AMIT K. BANSAL | United States - US |
| CHRISTOPHER MURRAY | United States - US |
| TRICON ENERGY, INC. | United States - US |
| Vinmar International, Ltd. | United States - US |
| Digital Federal Credit Union | United States - US |
| Mr. Cooper (F.k.a. Nationstar Mortgage LLC) | United States - US |
| Texas DPS Credit Union | United States - US |
| Tricon International | Belgium - BE |
| Midas Distribuidora de Combustiveis Ltda. | Brazil - BR |
| Trichem Brasil Comercio de Produtos Quimicos Ltda. | Brazil - BR |
| Tricon Energy DO Brasil Comercio de Produtos Quimicos Ltda | Brazil - BR |
| Tricon Energy Incorporation | Brazil - BR |
| Tricon Energy | Chile - CL |
| Tricon Energy | China - CN |
| Tricon Energy | Colombia - CO |
| Tricon International LTD | France - FR |
| Tricon Energy | India - IN |
| Tricon Energy | Italy - IT |
| Tricon Energy | Kazakhstan - KZ |
| Tricon Energy | Korea - KR |
| Tricon Energy | Mexico - MX |
| Tricon Energy | Peru - PE |
| Tricon Energy | Singapore - SG |
| Tricon Energy Iberica SL. | Spain - ES |
| Tricon Energy | Switzerland - CH |
| Tricon Energy Plastik VE Kimyevi Maddeler Sanayi VE Ticaret Limited Sirketi | Turkey - TR |
| Tricon Energy | Ukraine - UA |
| Tricon Energy | United Arab Emirates - AE |
| Tricon Energy UK Limited | United Kingdom - UK |
| Tricon International LTD | United States - US |
| Tricon Energy | Vietnam - VN |

**Exhibit B**

| Entity | Relationship |
| --- | --- |
| Tricon Energy, Mexico | Tax compliance services |
| Mr. Cooper (fka Nationstar Mortgage LLC) | Compliance services |