

Miriam Goott <mgoott@walkerandpatterson.com>

## agreement

**Miriam Goott** <mgoott@walkerandpatterson.com>  Mon, Sep 13, 2021 at 7:29 PM
To: Mark Finkelstein <mfinkelstein@smfadlaw.com>
Cc: Christopher R Murray <christopher.murray@jmbllp.com>

Mark,

Attached is the Statement of Work.

 **Bansal SOW 6-1-2021.pdf**
426K