United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-34292 |
| AMIT K. BANSAL | § | |
| | § | CHAPTER 7 |
| Debtor | § | |

### ORDER AUTHORIZIUNG THE TRUSTEE'S APPLICATION TO RETAIN AND EMPLOY VALUATION EXPERT PURSUANT TO 11 U.S.C. §§ 327, 328, AND 330

It is

**ORDERED** that the engagement agreement attached as Exhibit 2 to the Application is approved pursuant to 11 U.S.C. § 327(a), and Christopher R. Murray, the Chapter 7 Trustee is authorized to retain Grant Thornton LLP ("**GT**") effective June 1, 2021; and it is further

**ORDERED** that **GT** is s authorized to provide all the necessary services as set forth in Exhibit 2 to the Application, and it is further

**ORDERED** that all applications for compensation related to this Order shall be filed with the Court in accordance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure; and it is further

**ORDERED** that the Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: September 22, 2021

_____
Christopher Lopez
United States Bankruptcy Judge