United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 27, 2022

Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | |
| **AMIT KUMAR BANSAL,** | § | **Case No. 20-34292** |
| | § | **(Chapter 7)** |
| *Debtor.* | § | |

### AGREED ORDER ABANDONING 0.5% CLASS B LIMITED PARTNERSHIP INTEREST IN TRICON INTERNATIONAL, LTD. PURSUANT TO 11 U.S.C. § 554(B) AND RULE 6007(B) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
(Relates to Doc. No. 119)

Before the Court is Vinmar International Ltd.'s ("Vinmar") Motion to Compel Abandonment of 0.5% Class B limited partnership interest in Tricon International, Ltd. (the "Tricon Interest") Pursuant to 11 U.S.C. § 554(b) and Rule 6007(b) of the Federal Rules of Bankruptcy Procedure (the "Motion"). Having considered the Motion and the Trustee's agreement to the relief sought, the Court finds that the Motion should be granted. It is therefore

**ORDERED** that the Tricon Interest is hereby abandoned pursuant to 11 U.S.C. § 554.

Signed:  August 27, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

Agreed:

**Walker & Patterson, PC**

*/s/ Miriam Goott*
Miriam Goott
SBN 24048846
4815 Dacoma
Houston, TX 77092
713.956.5577
mgoott@walkerandpatterson.com

**COUNSEL FOR THE TRUSTEE**

13560850.v1

and

**PORTER HEDGES LLP**

*/s/ Aaron J. Power*
John F. Higgins (TX 09597500)
Aaron J. Power (TX 24058058)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248

***Counsel for Vinmar International, Ltd.***

2